CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 06 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JAMES T. LUTHER, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:13cv00072 |
| v. ) | |
| ) | |
| WELLS FARGO BANK, N.A. and ) | |
| ATLANTIC LAW GROUP, LLC, ) | By:  Michael F. Urbanski |
| ) | United States District Judge |
| Defendants. ) | |
| ) | |

## ORDER

In accordance with the Memorandum Opinion entered this day, plaintiff's motion for temporary restraining order (Dkt. # 2) is **DENIED**.

It is **SO ORDERED**.

The Clerk is directed to send a copy of this Order to plaintiff and to counsel of record.

Entered: January 6, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge