IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JAMES T. LUTHER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:13-cv-00072 |
| | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., and | ) | By: Michael F. Urbanski |
| ATLANTIC LAW GROUP, LLC, | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** that the magistrate judge's report and recommendation (Dkt. # 56) is **ADOPTED in its entirety**; defendants' motion to dismiss, which was converted by the court into a motion for summary judgment, (Dkt. # 44) is **GRANTED**; plaintiff's "Common Law Motion to Compel Original Notes" (Dkt. # 58) is **DENIED as moot**; and this case is **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: April 9, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge